**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NAMSA Holdco, LLC, a Delaware limited liability company, and NORTH AMERICAN SCIENCE ASSOCIATES, LLC, an Ohio limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CONFORTI,<br><br>Defendant. | Case No. ______________ |

**RULE 7.1 STATEMENT OF NAMSA HOLDCO, LLC AND NORTH AMERICAN SCIENCE ASSOCIATES, LLC,**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs, by and through their undersigned counsel, state that:

- North American Science Associates, LLC is a wholly owned subsidiary of its parent company, NAMSA Holdco, LLC.
- NAMSA Holdco, LLC is a wholly owned subsidiary of its parent company, Cardinal Purchaser Topco, LLC.
- Cardinal Purchaser Topco, LLC is a wholly owned subsidiary of its parent company, Cardinal Topco Holdings, L.P.
- Cardinal Topco Holdings, L.P has no parent corporation and no publicly held corporation owns 10% or more of its stock.

POTTER ANDERSON & CORROON LLP

By: */s/ Peter J. Walsh, Jr.*
Peter J. Walsh, Jr. (#2437)
Bindu A. Palapura (#5370)
Jaclyn C. Levy (#5631)
Andrew L. Brown (#6766)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
pwalsh@potteranderson.com
bpalapura@potteranderson.com
jlevy@potteranderson.com
abrown@potteranderson.com

*Counsel for Plaintiffs*

OF COUNSEL:

Gabriel S. Gross
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
Email: gabe.gross@lw.com

Shannon D. Lankenau
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: shannon.lankenau@lw.com

Caitlin E. Dahl
Russell Mangas
LATHAM & WATKINS LLP
330 N. Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: caitlin.dahl@lw.com
Email: russell.mangas@lw.com

Dated: February 2, 2024